IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:18-CR-358 (DNH) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **LOGAN DECKER, and** | ) | Violation: 18 U.S.C. § 2251(a) and (e) |
| **AMBER DECKER,** | ) | [Conspiracy to Sexually |
| | ) | Exploit a Child] |
| | ) | |
| **Defendants.** | ) | 1 Count |
| | ) | |
| | ) | County of Offense:   Jefferson |

## THE GRAND JURY CHARGES:

### COUNT 1
[Conspiracy to Sexually Exploit a Child]

From in or about July 2018 through in or about September, 2018, in Jefferson County in the Northern District of New York, and elsewhere, the defendants, **LOGAN DECKER and AMBER DECKER**, conspired to use V-1, a minor female child born in 2016, whose identity is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce, and where the visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting such commerce, in violation of Title 18 United States Code, Sections 2251(a) & (e).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253(a)(3).

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the offenses alleged in Count 1, defendants **LOGAN DECKER and AMBER DECKER** shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses. The property subject to forfeiture includes, but is not limited to:

    (a)    one silver iPhone 6, s/n FFMW4GF1HYFK, and

    (b)    one black ZTE smartphone, model no. Z558VL, s/n 320484528465.

If the property described above, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party,

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853 (p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

Dated:   October 31, 2018

A TRUE BILL,

\*\*NAME REDACTED

_____
Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: *[signature]*
Lisa M. Fletcher
Assistant United States Attorney
Bar Roll No. 510187

3